UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH DAVID MEYER

Defendants.

CR 22-96 DWF

**INFORMATION**

26 U.S.C. § 7201

THE UNITED STATES ATTORNEY CHARGES:

At times relevant to this Information:

1. From at least tax year 2000 until approximately tax year 2018, Defendant JOSEPH DAVID MEYER earned significant taxable income while working and residing in the State and District of Minnesota. MEYER worked as a licensed medical doctor and regularly earned a six-figure income. MEYER also generated taxable income and interest from his ownership of rental properties. Despite these earnings, MEYER knowingly and intentionally engaged in a pattern of attempts to defeat and evade the payment of his federal income taxes.

2. Specifically, for tax year 2018, MEYER did not file a United States Individual Income tax return despite earning significant reportable income. MEYER instead committed willful and affirmative acts to prevent the IRS from accurately tracing and assessing his income. For example, MEYER specifically and successfully directed at least one employer to pay him directly via cash and check for his work as a medical doctor. MEYER did this for the express purpose of avoiding traditional


SCANNED
MAY 23 2022
U.S. DISTRICT COURT MPLS

United States v. Joseph D. Meyer

mechanisms by which employers report employee earnings to the IRS. MEYER knowingly did this to evade the correct assessment of his income taxes.

## COUNT 1
(Tax Evasion – Evasion of Assessment)

3. Paragraphs 1-2 are realleged as if set forth herein.

4. During the 2018 tax year, in the State and District of Minnesota, the defendant,

**JOSEPH D. MEYER**,

had and received taxable income, upon which there was a substantial amount of income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2019, as required by law, to any proper officer of the Internal Revenue Service, MEYER willfully attempted to evade and defeat the assessment of income tax due and owing by him to the United States.

All in violation of Title 26, United States Code, Section 7201.

Dated: May 23, 2022

ANDREW M. LUGER
United States Attorney

*/s/ Jordan L. Sing*

BY: JORDAN L. SING (393084)
Assistant United States Attorney

2